Courtesy Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
GT BIOPHARMA, INC.,         :   Case No. 18-cv-06910 (GBD)
                            :
             Plaintiff,     :
                            :
       -v-                  :   **NOTICE OF**
                            :   **VOLUNTARY DISCONTINUANCE**
                            :   **PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**
EMPERY ASSET MASTER LTD., EMPERY :
TAX EFFICIENT, L.P., EMPERY TAX :
EFFICIENT II, L.P., ALTO OPPORTUNITY :
MASTER FUND, SPC – SEGREGATED :
MASTER PORTFOLIO B; and DOES 1 through :
100, inclusive.             :
-------------------------------------------------------- X

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff GT Biopharma, Inc. ("Plaintiff"), by its attorneys, Eisner, A.P.C. hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants Empery Asset Master Ltd., Empery Tax Efficient, L.P., Empery Tax Efficient II, L.P., Alto Opportunity Master Fund, SPC – Segregated Master Portfolio B, and Does 1 through 100 (collectively "Defendants").

Dated: October 3, 2018
       New York, New York                **EISNER, A.P.C.**

                                         By: /s/ Simon Miller
                                         Simon Miller
                                         152 West 57th Street, 48th Floor
**SO ORDERED.**                          New York, New York 10019
*George B. Daniels*                      (646) 876-2600 (o)
George B. Daniels, U.S.D.J.              (646) 876-2603 (f)
                                         smiller@eisnerlaw.com
Dated: OCT 09 2018                       *Attorneys for Plaintiff*

1